# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01538-BNB

GARY ALLEN KEMPER,

     Plaintiff,

v.

LPR CONSTRUCTION COMPANY, and
COLORADO COMPENSATION INSURANCE AUTHORITY,

     Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 3 1 2007

GREGORY C. LANGHAM
CLERK

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

     Plaintiff filed a Motion on July 30, 2007.  In the Motion, he requests that the
Court order "Counsel of Record" to submit to the Court full records pertaining to his
accident that occurred while he was employed at LPR Construction Company.  The
Motion is DENIED as premature.

Dated:  July 31, 2007

---

Copies of this Minute Order mailed on July 31, 2007, to the following:

Gary Allen Kemper
1714 Stover Street - 3-B
Fort Collins, CO 80525

                         Secretary/Deputy Clerk